Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California  92101
Tel:     619-807-2628
Fax:    866-575-7413
Email: cmarshall@marshallestatelaw.com


Attorneys for Plaintiffs
MARIALUZ A. BANARES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIALUZ A. BANARES<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A. and HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8<br><br>　　　　Defendant(s). | Case No.: C13-4896-EMC<br><br>Judge: Hon. Edward M. Chen<br><br>**[PRO~~PO~~SED] ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO  CIVIL LOCAL RULE 6-2** |

//
//
//

1  The Court, having reviewed the parties' Stipulated Request for Order Extending Time for Plaintiff

2  to Respond to Defendants Motion to Dismiss Pursuant to Civil Local Rule 6-2 and accompanying

3  Declaration of Good Cause, good cause appearing,

4  PURSUANT TO STIPULATION, IT IS SO ORDERED. that opposition shall be filed
   by 12/16/13.  Reply due
   12/23/13. Motion reset for
   2/6/14 at 1:30 p.m.

9  Dated: ~~November~~ 12/4 ___, 2013

   _____ District Judge

   IT IS SO ORDERED
   AS MODIFIED
   Judge Edward M. Chen