Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California  92101
Tel:     619-807-2628
Fax:     866-575-7413
Email: cmarshall@marshallestatelaw.com

Attorneys for Plaintiffs
MARIALUZ A. BANARES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIALUZ A. BANARES | Case No.: C13-4896-EMC |
| Plaintiff, | Judge: Hon. Edward M. Chen |
| v. | **[PR~~OPO~~SED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE PURSUANT TO  CIVIL LOCAL RULE 6-2** |
| WELLS FARGO BANK, N.A. and HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8 | |
| Defendant(s). | |

//
//
//

1    The Court, having reviewed the parties' Stipulated Request for Order Changing Date of Case

2    Management Conference Pursuant to Civil Local Rule 6-2 and accompanying Declaration of Good

3    Cause,

4    PURSUANT TO STIPULATION, IT IS SO ORDERED.   The CMC is rescheduled for
                                                   4/10/14 9:00 a.m.  A joint
                                                   cmc statement shall be filed by
                                                   4/3/14.

8            March 3, 2014

9    Dated: ~~February ___, 2014~~

     United States District Judge

     IT IS SO ORDERED
     AS MODIFIED
     Judge Edward M. Chen

     (Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)