1  Charles T. Marshall, Esquire (SBN 176091)
   Law Offices of Charles T. Marshall
2  415 Laurel Street, # 405
3  San Diego, California  92101
   Tel:     619-807-2628
4  Fax:    866-575-7413
   Email: cmarshall@marshallestatelaw.com
5

6  Attorneys for Plaintiffs
   MARIALUZ A. BANARES
7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

13

| | |
|---|---|
| MARIALUZ A. BANARES ) | Case No.: C13-4896-EMC |
| ) | |
| Plaintiff, ) | Judge: Hon. Edward M. Chen |
| ) | |
| v. ) | **[PROPOSED] ORDER GRANTING** |
| ) | **STIPULATED REQUEST FOR ORDER** |
| WELLS FARGO BANK, N.A. and HSBC ) | **EXTINTING TIME FOR PLAINTIFF TO** |
| BANK USA, NATIONAL ASSOCIATION ) | **FILE HER FIRST AMENDED** |
| AS TRUSTEE FOR WELLS FARGO ASSET ) | **COMPLAINT AND  CONTINUING THE** |
| SECURITIES CORPORATION ) | **DATE OF THE CASE MANAGEMENT** |
| MORTGAGE PASS-THROUGH ) | **CONFERENCE PURSUANT TO  CIVIL** |
| CERTIFICATES, SERIES 2007-8 ) | **LOCAL RULE 6-2** |
| ) | |
| Defendant(s). ) | |

//
//
//

*Banares* v. *Wells Fargo Bank, N.A.*, et al.          [Proposed] Order Granting Stipulated Request                    1

1  The Court, having reviewed the parties' Stipulated Request for an Order extending time for Plaintiff

2  to file her First Amended Complaint and continuing the date of the initial Case Management

3  Pursuant to Civil Local Rule 6-2 and accompanying Declaration of Good Cause,

4  PURSUANT TO STIPULATION, IT IS SO ORDERED.   The CMC is reset for 5/13/14 at 9:30 a.m.  A joint CMC statement shall be filed by 5/6/14.

9  Dated: April __7__, 2014                         _____
                                                     United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

*Banares* v. *Wells Fargo Bank, N.A.*, et al.    [Proposed] Order Granting Stipulated Request     2