UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIALUZ A. BANARES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK N.A., et al.,<br><br>　　　　　Defendants. | Case No.   13-cv-04896-VC<br><br>**ORDER** |

　　　The ADR unit has advised the Court that the parties are pursuing a loan modification that could resolve the dispute. The case is stayed indefinitely to allow the parties to focus on the loan modification. The Court requests that the ADR unit provide the Court with a memorandum describing the status of the parties' efforts to resolve the case, and recommending whether the stay should remain in place, by no later than August 19, 2014.

**IT IS SO ORDERED.**

Dated: May 21, 2014

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　United States District Judge