UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIALUZ A. BANARES,<br>        Plaintiff,<br>    v.<br>WELLS FARGO BANK N.A., et al.,<br>        Defendants. | Case No.  13-cv-04896-VC<br><br>**ORDER LIFTING STAY** |

The stay in this case is lifted and Wells Fargo's motion to dismiss is set for hearing on December 18, 2014 at 10 a.m. Banares must file an opposition to Wells Fargo's motion to dismiss within fourteen days of this order, and any reply must be filed within seven days after the opposition brief.

**IT IS SO ORDERED**.

Dated: November 17, 2014

VINCE CHHABRIA
United States District Judge