UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIALUZ A. BANARES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK N.A., et al.,<br><br>　　　　　Defendants. | Case No.  13-cv-04896-VC<br><br>**CASE SCHEDULING ORDER**<br><br>Re: Dkt. No. 34 |

The hearing on the motion to dismiss originally scheduled for December 18th at 10 a.m. is now scheduled for January 8th and 10 a.m. Banares must file a response by December 7, 2014, and any reply must be filed by December 14, 2014.

**IT IS SO ORDERED**.

Dated: December 3, 2014

_____

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California