UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIALUZ A. BANARES,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK N.A., et al.,<br><br>    Defendant. | 13-cv-04896-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 4, 2015

_____
VINCE CHHABRIA
United States District Judge